

Michael W. Collins, State Bar# 197829
**Law Offices of Collins & Lamore**
**Attorneys at Law**
8 Whatney #102
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Richard Arche & Rene Tock Arche,<br><br>Plaintiff,<br><br>vs.<br><br>THE JUDGE LAW FIRM, A<br>PROFESSIONAL CORPORATION; and<br>Does 1 – 10,<br><br>Defendants | Case No.:<br>**SACV13 - 01047 AG (RNBx)**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>15 United States Code § 1692 et seq |

Plaintiffs, RICHARD ARCHE & RENE TOCK ARCHE, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1.    This action for statutory damages, attorney fees and costs is brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2.    According to 15 U.S.C.§ 1692:

COMPLAINT - 1

1         a.       There is abundant evidence of the use of Abusive, deceptive, and unfair

2  debt collection practices by many debt collectors. Abusive debt collection practices contribute to

3  the number of personal bankruptcies, to Marital instability, to the loss of jobs, and to invasions of

4  individual privacy.

5         b.       Existing laws and procedures for redressing these Injuries are inadequate

6  to protect consumers.

7         c.       Means other than misrepresentation or other abusive debt collection

8  practices are available for the effective collection of debts.

9         d.       Abusive debt collection practices are carried on to a substantial extent in

10  interstate commerce and through means and instrumentalities of such commerce. Even where

11  abusive debt collection practices are purely intrastate in character, they nevertheless directly

12  affect interstate commerce.

13         e.       It is the purpose of this title to eliminate abusive debt collection practices

14  by debt collectors, to insure that those debt collectors who refrain from using abusive debt

15  collection practices are not competitively disadvantaged, and to promote consistent State action

16  to protect consumers against debt collection abuses.

17  **II. JURISDICTION**

       3.       Jurisdiction of this Court arises under 15 U.S.C. § 1692K(d) and 28 U.S.C. §§

18  2201 AND 2202.

19         4.       This action arises out of Defendant's violations of the Fair Debt Collection

20  Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

21  **III. VENUE**

22         5.       Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

23  that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

24  district. Venue is also proper in this judicial district pursuant to 15 U.SC. § 1692k(d), in that

25

1  Defendant transacts business in this judicial district and some of the facts related to the violations

2  of the FDCPA complained of occurred in this judicial district.

3

4  ## IV. INTRADISTRICT ASSIGNMENT

5  6.  This lawsuit should be assigned to the Southern Division of this

6  Court because a substantial part of the events or omissions which gave rise to this lawsuit

7  occurred in Orange County.

8  ## V. PARTIES

9  7.  Plaintiffs, RICHARD ARCHE & RENE TOCK ARCHE (hereinafter

10  "Plaintiff"), are natural persons residing in Anaheim, CA. Plaintiff is a "consumer" within the

11  meaning of 15 U.S.C. § 1692a(3) and both parties are "disabled person" within the meaning of

12  Cal. Civil Code §1761 (g).

13  8.  Plaintiff is informed and believes, and thereon alleges that Defendant, THE

14  JUDGE LAW FIRM, A PROFESSIONAL CORPORATION (hereinafter "JUDGE LAW"), is

15  or was at all relevant times, a California Professional Corporation engaged in the business of

16  collecting debts in this state with its principal place of business appearing to be located in Orange

17  County, CA at: 19900 Macarthur Blvd., Suite 500, Irvine, CA 92612. Pursuant to CA Secretary

18  of State records JUDGE LAW may be served as follows:

19

| utity Name: | THE JUDGE LAW FIRM, A PROFESSIONAL CORPORATION |
|---|---|
| **Entity Number:** | C1743926 |
| **Date Filed:** | 05/10/1994 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 19900 MACARTHUR BLVD ,, SUITE 500 |
| **Entity City, State, Zip:** | IRVINE CA 92612 |
| **Agent for Service of Process:** | EDWARD JUDGE |
| **Agent Address:** | 19900 MACARTHUR BLVD , SUITE 500 |
| **Agent City, State, Zip:** | IRVINE CA 92612 |

20
21
22
23
24
25

9.     The principal business of JUDGE LAW is the collection of debts using the mails and telephone, and JUDGE LAW regularly attempts to collect debts alleged to be due another. JUDGE LAW is a "debt collector" within the meaning of 15 U.S.C. § 1692A(6).

10.   Does 1 – 10 are additional persons or entities responsible in some way for the harms suffered by Plaintiffs as alleged herein, and will be named by their true names upon discovery thereof.

## VI. FACTUAL ALLEGATIONS

11.   Plaintiff is alleged to have incurred a financial obligation, namely a Home Owners Association debt (hereinafter "the alleged debt") owed to the Crown Valley Condominium Association(hereafter "CVCA"). The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12.   On or about May 31, 2011, a judgment was entered against Plaintiff in case# 30-2009-00331286. A true and accurate copy of the Judgment, referenced above, is attached hereto, marked as Exhibit"1," and by this reference is incorporated herein. On or about April 15, 2013, Defendant sent Plaintiff a letter outlining the debt balance as $18,445.69 less "**funds held in trust**" in the amount of $4,189.62. A true and accurate copy of said collection letter, referenced above, is attached hereto, marked as Exhibit"2," and by this reference is incorporated herein.

13.   On or about 04/5/13, Plaintiff sent email notice to Defendant that Plaintiff was represented by counsel (A true and correct copy of said email is attached hereto as Exhibit "3").

14.   Notwithstanding being put on notice that Plaintiffs were represented by counsel, Defendant sent a collection demand directly to both Defendants (i.e. Exhibit "2").

15.   Plaintiff is informed and believes, and thereon alleges, that the conduct by Judge Law is in violation of the Fair Debt Collection Practices Act by; 1. failing to credit defendant for

1   payments made and unlawfully demanding payment of interest based on an incorrect balance
2   that did not reflect payments previously made by Plaintiffs, 2. misrepresenting the amount and
3   nature of the debt by alleging balances due inconsistent with the judgment obtained 05/13/2011
4   3. double charging for attorney fees & other improper charges, 4 sending a letter on 04/15/2013
5   directly to Plaintiff when Defendant knew "the consumer [was] represented by an attorney with
6   respect to such debt" and 5. such other acts and omissions in violation of the FDCPA as may be
7   proven at trial .

8

9                              **VII. CLAIMS**

10                  **FAIR DEBT COLLECTION PRACTICES ACT**

11          16.    Plaintiff brings a claim for relief against Defendant under the Fair Debt Collection
12   Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

13          17.    Plaint. incorporates all paragraphs of Complaint as though fully set forth herein.

14          18.    Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

15          19.    Defendant, JUDGE LAW, is a "debt collector" as that term is defined by the
16   FDCPA, 15 U.S.C. § 1692a(6).

17          20.    The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is
18   defined by the FDCPA, 15 U.S.C. § 1692a(5).

19          21.    Judge Law has violated the FDCPA. The violations include, but are not limited
20   to, the following.
                    a. Judge Law falsely represented the character, amount, or legal status of
21   the debt by sending demand for payment which continued to add improper interest, collection
22   costs and attorney fees after judgment had been entered. In as much as CA law provides that "A
23   judgment is the final determination of the rights of the parties in an action or proceeding." (CCP
24   §577), failure to provide notice of this event and failure to apply balances due according to
25   judgment entered is in violation of 15 U.S.C. §§ 1692e(2), 1692e(10), 1692e(15), and 1692f(1);

b. Judge Law communicated directly to Plaintiff when Judge Law knew "the consumer [was] represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address" was in violation of 15 USC 1692c(2).

22. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

23. As a result of Defendant's FDCPA violations, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15U.S.C. § 1692k.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a)  Assume Jurisdiction in this proceeding;

b)  Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(2), 1692e(2), 1692e(10), 1692e(15) and 1692f(1);

c)  Award actual damages of amounts paid to Judge Law in excess of amounts lawfully due and other actual damages as may be determined at trial;

d)  Award Plaintiff statutory damages in an amount not exceeding $1,000 for each Plaintiff and for each occurrence, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e)  Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15U.S.C. § 1692k(a)(3);

f)  Award each plaintiff treble damages (according to CA Civil Code §3345).

g)  Award Plaintiff such other and further relief as may be just and proper.

Law Offices of Collins & Lamore

Michael W. Collins, Esq.
Attorney for Plaintiff

COMPLAINT - 6

1
2
3

## IX. DEMAND FOR JURY TRIAL

4      PLEASE TAKE NOTICE that Plaintiff, RICHARD ARCHE & RENE TOCK ARCHE,

5   hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

6
7                                          Michael W. Collins, Esq.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPLAINT - 7

**Exhibits "1"**

Exhibit / a

1750.0016/3410069-9
DIEGO SANTANA (S.B.N. 207199)
FLORA CAMAJ (S.B.N. 257141)
THE JUDGE LAW FIRM, ALC
19900 MacArthur Blvd., Suite 500
Irvine, California 92612
Telephone: (949) 833-8633
Fax: (949) 833-0154

Attorney for Plaintiff, CROWN VALLEY
CONDOMINIUM ASSOCIATION

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE : HARBOR – LAGUNA HILLS FACILITY**

| CROWN VALLEY CONDOMINIUM ASSOCIATION, a Mutual Benefit Nonprofit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ARCHE; RENE TOCK ARCHE, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 30-2009-00331286<br><br>[PROPOSED] JUDGMENT<br><br>Limited Civil Case<br><br>Complaint Filed: December 23, 2009 |

Defendants, RICHARD ARCHE and RENE TOCK ARCHE, entered into Stipulation for Settlement/Payments and Entry of Judgment. As of October 26, 2010, Defendants have failed to comply with the terms of the Stipulation, as payment has not been made as agreed since filing of the Stipulation for Entry of Judgment.

According to the terms set forth in the Stipulation, Plaintiff is now entitled to the entry of Judgment *for a total sum of $12,291.73.*

///

///

///

- 1 -
[PROPOSED] JUDGMENT

Exhibit 16

1    **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

2    There is now due and owing to Plaintiff, CROWN VALLEY CONDOMINIUM

3    ASSOCIATION, A Mutual Benefit Nonprofit Corporation, from Defendants, RICHARD

4    ARCHE and RENE TOCK ARCHE, the following:

5    Principal sum of $8,896.41;

6    Costs of $925.32; and

7    Attorneys' Fees of $2,470.00.

8

9    Dated: _____

10   MAY 1 3 2011                        **JUDGE COREY S. CRAMIN**

11                                       JUDGE OF THE SUPERIOR COURT

12

13

14

15                      $ 12,291.73

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 2 -
                         [PROPOSED] JUDGMENT

THE JUDGE LAW FIRM, A Law Corporation
19900 MacArthur Blvd., Suite 900
Irvine, California 92612
Telephone: (949) 833-8633
Fax: (949) 833-8154

**Exhibits "2"**



Exhibit 2a

James Judge, Esq , Senior Attorney
james@thejudgefirm com

Diego Santana, Esq , Senior Attorney
diego@thejudgefirm com

Akbar Sharif, Associate Attorney
akbar@thejudgefirm com

**THE JUDGE LAW FIRM**
*HOA Collections & General Counsel*

April 15, 2013

Richard Arche
Rene Tock-Arche
609 N Dwyer Dr
Anaheim, CA 92801-4703

**VIA EMAIL & First-Class Mail**
havanaarche@yahoo com

> Re    Crown Valley CA v Arche
> Subject Property   23732 Hillhurst Dr #69
>                    Laguna Niguel, CA 92677
> Account Number: 3410069-9
> *Our File No.:* 1750.0016

> ┌─────────────────┐
> │  **JUDGMENT**   │
> │  **FILE ONLY**  │
> └─────────────────┘

### PAYMENT PLAN AGREEMENT

Dear Richard Arche and Rene M Tock-Arche

Please be advised that after careful review of your account, the Board of Directors has agreed to extend you a sixty-nine (69) month payment plan with monthly payments of $200.00 toward arrears, until paid in full

1)    The payment plan will take sixty-nine (69) months

2)    The amount currently owing on this account is

| | | |
|---|---|---:|
| Assessments Thru Judgment | $ | 10,786 52 |
| Post-Judgment Interest | $ | 2,138.42 |
| Payment Plan Agreement Fee | $ | 275.00 |
| Payment Plan Monitoring Fee (69 x $10/month) | $ | 690 00 |
| Attorney's Fees | $ | 3,020 00 |
| Collection Cost | $ | 1,535.75 |
| Sub-Total | $ | 18,445.69 |
| Less Funds Held in Trust | $ | 4,189 62 |
| **Total Balance Due:** | **$** | **14,256.07** |

3)    An initial payment of $500 00 is due and payable directly to The Judge Law Firm on or before Friday, April 26, 2013

4)    Commencing May 15, 2013, you are to make sixty-nine (69) monthly payments in the amount of $200 00 for repayment of delinquent assessments, attorney's fees and costs

5)    The amount of each monthly payment is $200.00.

6)    Your last payment in the amount of $156 07 is due on January 15, 2019

7)    Attached is a detailed breakdown of the payment schedule

8)    All payments must be made within ten (10) days of the due dates and made payable to The Judge Law Firm and mailed to 19900 MacArthur Blvd., Suite 500, Irvine, CA 92612 unless otherwise indicated (specifically for the initial down payment, if any)

9)    Should you request any additional demand or detailed correspondence, attorney fees and costs may increase rendering this payment plan invalid

P 949 833 8633    F 949 833 0154
19900 MacArthur Blvd, Suite 500, Irvine, California 92612
www.thejudgefirm com

Exhibit 26

THE JUDGE LAW FIRM
**HOA Collections & General Counsel**

James Judge, Esq., Senior Attorney
james@thejudgefirm.com

Drago Santana, Esq., Senior Attorney
drago@thejudgefirm.com

Akbar Shonf, Associate Attorney
akbar@thejudgefirm.com

10) Should you, at any time, default in complying with any terms or conditions under this agreement, the Association, through the Law Office of The Judge Law Firm, will continue with collection efforts and proceed in accordance with the law <u>without further notice</u> Any terms or conditions of this payment plan in default at any time before completion of this payment plan or any waiver of Late Charges and Finance Charges will be withdrawn <u>and</u> all applicable late charges and finance charges will be imposed retroactively

11) Should you (ALL record owners) agree with all terms and conditions of this payment plan, please sign where designated at the end, send it back to the Law Office of The Judge Law Firm within ten (10) days from the date of this letter, and begin to make the payments as scheduled.

12) <u>If a signed agreement is not received, with signatures of ALL record owners, within ten (10) days from the date of this letter, this payment plan will be withdrawn and voided. The Judge Law Firm will proceed with the pending action and incur additional fees and cost, without further notice.</u>

13) Upon completion of this payment plan, The Judge Law Firm will reinstate the account with the Management Company

If you have any questions with regard to this agreement, please contact our office and speak to a payment plan specialist

This is a communication to collect a debt and any information obtained will be used for that purpose

Sincerely,

THE JUDGE LAW FIRM, ALC

Cindy Liu, Legal Assistant

I, Richard Arche, and Rene Tock-Arche, acknowledge and hereby agree with all terms and conditions in this payment plan I\we further acknowledge that if I/we default on payments at anytime, The Judge Law Firm will not provide a courtesy reminder to cure default and proceed with further legal action without delay and without further reminder to cure default

Dated _____

**Richard Arche**

Dated _____

**Rene Tock-Arche**

**Enclosures**
Payment Plan Schedule (1750 0016)

Cc Client

P 949 833 8633    F 949 833 0154
19900 MacArthur Blvd, Suite 500, Irvine, California 92612
www.thejudgefirm.com

Exhibits "3"

(21 unread) - havanaarche - Yahoo! Mail

Exhibit 3

Search Web

Hi, Richar

| SENT | CONTACTS | CALENDAR | TJLF - Post-... | Updated Pa... | Acknowledg... | Re: TJLF - P |

Compose

Delete

Move

Actions

Inbox (21)

Drafts

Sent

**Re: TJLF - Post-Judgment File Only-Acknowle...**    from Richard Arche to 1 recipient 10:36 PM

Spam (33)

Trash (10)

FOLDERS

Mira Loma - Warehouse Worker 1

work@retail.com

Be advised i have had consultation, with the Law Offices of Collins & Lemore. In regards to your firms hard ball and unlawful tactics and charges not in compliance with Congress and California laws. Example your records not showing payments i made to your firm. Example the levy on my Bank of America account, which resulted in overdrawing my account. Example your firms continue charges, while we are still negotiating a payment plan settlement. I have scheduled a meeting with my attorney for next week to file a lawsuit for damages, in regards to your firms violations of Federal and State Laws.

Richard Arche.

From: Alice Yang <Alice@thejudgefirm.com>
To: "havanaarche@yahoo.com" <havanaarche@yahoo.com>
Sent: Friday, February 22, 2013 3:45 PM
Subject: TJLF - Post-Judgment File Only-Acknowledgment of Correspondence - 1750.0029

To Whom It May Concern:
Please find attached your Post-Judgment File Only-Acknowledgment of Correspondence from

Attachments made easy. Yahoo! Mail with Dropbox. Get started

legal assistant, Erin Arana, at Erin@thejudgefirm.com. Thank you.

AdChoices

A Nutritious Bowl
of Cereal and Milk
for less than
50¢ a serving

Click to
Save $1
off any 2 boxes »

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

### SACV13- 1047 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**          [ ] **Southern Division**          [ ] **Eastern Division**
312 N. Spring St., Rm. G-8        411 West Fourth St., Rm. 1-053     3470 Twelfth St., Rm. 134
Los Angeles, CA 90012             Santa Ana, CA 92701-4516           Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

_____

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

From:Court Link Inc.                714 836 4449            07/15/2013 16:51      #240 P.009/014

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Richard Arche & Rene Jock Arche

**DEFENDANTS**
The Judge Law Firm, A Professional Corporation; Does 1-10.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Michael W. Collins, State Bar# 197829. Law Offices of Collins & Lamore Attorneys at Law, 8 Whitney #102, Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES – For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):-
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $6,000**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692, Violation of FDCPA

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV13 - 01047 AG (RNBx)**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

113M573718481.tif - 7/15/2013 5:02:07 PM

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange ☑ | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange ☑ | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Michael W. Collins_　　Date 07/15/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)　　　　　　　　　　**CIVIL COVER SHEET**　　　　　　　　　　Page 2 of 2